# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1899
_____

Lee Reddix

*Plaintiff - Appellant*

v.

Arkansas Department of Workforce Services

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: March 31, 2020
Filed: April 3, 2020
[Unpublished]

_____

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Lee Reddix appeals the district court's[1] adverse grant of summary judgment in this employment discrimination action. Having carefully reviewed the record and the

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.

arguments on appeal, we conclude the district court did not err in granting summary judgment. *See Barber v. C1 Truck Driver Training, LLC*, 656 F.3d 782, 791 (8th Cir. 2011) (reviewing de novo grant of summary judgment). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

_____